# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARISELA HERRERA,

    Plaintiff,

v.                                          Case No: 8:14-cv-2327-T-30TBM

JFK MEDICAL CENTER LIMITED
PARTNERSHIP, HCA HOLDINGS,
INC., MEMORIAL HEALTHCARE
GROUP, INC. and NORTH FLORIDA
REGIONAL MEDICAL CENTER, INC.,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Defendants' Unopposed Motion to Stay Discovery Pending Ruling on Interlocutory Appeal (Dkt. #68) and Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendants' Motion for Protective Order (Dkt. # 69). Upon review and consideration, it is therefore

**ORDERED AND ADJUDGED** that:

1. Defendants' Unopposed Motion to Stay Discovery Pending Ruling on Interlocutory Appeal (Dkt. #68) is **GRANTED**.

2. Discovery is stayed pending a ruling by the Eleventh Circuit on Plaintiff's Interlocutory Appeal.

3. Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendants' Motion for Protective Order (Dkt. # 69) is **GRANTED**.

4. The Clerk of Court is directed to administratively close this case and terminate any pending motions.

5. The Parties shall file a joint status report and motion to re-open the case within seven (7) days after the Eleventh Circuit issues its order.

6. Plaintiff's Response to Defendants' Motion for Protective Order (Dkt. # 61) is due fourteen (14) days after the Court enters an order re-opening the case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-2327 stay pending appeal.docx