**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARISELA HERRERA, et al.,

    Plaintiffs,

v.                                                      Case No: 8:14-cv-2327-T-30TBM

JFK MEDICAL CENTER LIMITED
PARTNERSHIP, HCA HOLDINGS,
INC., MEMORIAL HEALTHCARE
GROUP, INC. and NORTH FLORIDA
REGIONAL MEDICAL CENTER, INC.,

    Defendants.

---

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. #180). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #180) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Motion to Modify the Scheduling Order to Extend Deadlines and Amend the Complaint to Add Parties (Dkt. #155) is GRANTED in part and DENIED in part.

**DONE** and **ORDERED** in Tampa, Florida, on July 28th, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record