# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVSION**

---------------------------------------------------------------------------- x
MARISELA HERRERA and NICOLAS ACOSTA,
individually and on behalf of others similarly situated,

        Plaintiffs,

        -v-                                     CASE NO: 8:14-cv-2327-JSM-TBM

JFK MEDICAL CENTER LIMITED PARTNERSHIP
d/b/a JFK MEDICAL CENTER; MEMORIAL
HEALTHCARE GROUP INC., d/b/a MEMORIAL
HOSPITAL JACKSONVILLE; and HCA
MANAGEMENT SERVICES, L.P.,

        Defendants.
---------------------------------------------------------------------------- x

### DECLARATION OF KRISTIN D. KIEHN REGARDING NOTICE OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

I, Kristin D. Kiehn, declare and state as follows:

1. I have personal knowledge of the matters stated herein, and if called to testify as a witness, I could and would testify competently to the following facts.

2. I am an attorney with the law firm of Debevoise & Plimpton LLP, which serves as counsel for defendants JFK Medical Center Limited Partnership d/b/a JFK Medical Center; Memorial Healthcare Group, Inc. d/b/a Memorial Hospital Jacksonville; and HCA Management Services, L.P. (collectively "Defendants").

3. I submit this declaration upon personal knowledge to demonstrate Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

4. On August 24, 2018, Plaintiffs filed their Unopposed Motion to Conditionally Certify Class, Preliminarily Approve Settlement, Approve Class Notice, and Set Fairness Hearing. (D.E. 302)

5. On August 29, 2018, this Court signed an order preliminarily approving the proposed class settlement between Plaintiffs and Defendants in the above-captioned action. (D.E. 303 )

6. On September 1, 2018, pursuant to 28 U.S.C. § 1715 (a) & (b), Debevoise & Plimpton, LLP staff, acting under my direction and supervision, served the CAFA Notice, which consisted of a cover letter and certain accompanying documents, upon the U.S. Attorney General and the appropriate officials of all 50 states, the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, the U.S. Virgin Islands, Palau, the Federated States of Micronesia, and the Marshall Islands.

7. Attached as Exhibit A is a true and correct copy of the cover letter described in Paragraph 6.

8. Attached as Exhibit B is the list of names and addresses of the government officials upon whom the CAFA Notice was served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2018 in New York, NY.

/s/ Kristin D. Kiehn

# Exhibit A

August 31, 2018

Dear Sir or Madame:

### Class Action Fairness Act – Notice to Federal and State Officials

As required by the "Class Action Fairness Act," 28 U.S.C. §1715(b), please take note of a proposed settlement. This notice has been sent by the defendants noted below:

- **Case:** *Marisela Herrera and Nicolas Acosta, individually and on behalf of others similarly situated vs. JFK Medical Center Limited Partnership d/b/a JFK Medical Center; Memorial Healthcare Group, Inc. d/b/a Memorial Hospital Jacksonville; and HCA Management Services, L.P.*

- **Court:** United States District Court for the Middle District of Florida (Tampa Division).

- **Defendants:** JFK Medical Center Limited Partnership d/b/a JFK Medical Center; Memorial Healthcare Group, Inc. d/b/a Memorial Hospital Jacksonville; and HCA Management Services, L.P.

- **Judicial Hearing Scheduled:** A Final Fairness Hearing is currently scheduled in the Courtroom of the Honorable James S. Moody, United States District Court for the Middle District of Florida, 801 North Florida Avenue, Courtroom 17, Tampa, FL 33602 on **December 13, 2018 at 9:15 AM**. Any change in the Hearing date will be posted on the settlement website described below.

- **Documents Enclosed:** Copies of the following documents are enclosed:

    - Order Preliminarily Approving Class Settlement (August 29, 2018)
    - Class Action Complaint (August 18, 2014)
    - Amended Class Action Complaint (October 15, 2014))
    - Second Amended Class Action Complaint (September 28, 2017)
    - Settlement Agreement and Exhibits (including Proposed Long-Form Settlement Class Notice and Proposed Short Form Settlement Class Notice) (Aug. 24, 2018)

- **Class Members by State:** The claims in this action arise under Florida law and encompass persons who, in the future, (1) receive medical services in the Emergency Department of a Florida HCA-Affiliated Hospital from the Effective Date of the Settlement through the end of the fourth (4th) year after the Effective Date of the Settlement, (2) whose Florida PIP Insurance pays for a portion of the medical services rendered by the Florida HCA-Affiliated Hospital, (3) who lack secondary insurance applicable to the medical services received from the Florida HCA-Affiliated Hospital or a personal injury settlement related to the accident that caused the person to receive the applicable medical services, and (4) who have a remaining balance after their Florida PIP Insurance pays the Florida HCA-Affiliated Hospital. Due to the nature of the Settlement, which features forward-looking injunctive relief, it is not possible to provide a reliable estimate of the number of class members who may reside in each State or an estimated proportionate share of the claims of such members to the entire settlement.

- **More Information:** More information, including instructions and deadlines to exercise legal rights under the settlement, will be posted by September 8, 2018 at www.FloridaPIPinsuranceSettlement.com.

1004651071v1

# Exhibit B

# CAFA NOTICE LIST
Compiled August 31, 2018

| NAME | TITLE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| Jeff Sessions | U.S. Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530 | 202-514-2000 |
| Jahna Lindemuth | Attorney General for Alaska | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501 | 907-269-5100 |
| Steve Marshall | Attorney General for Alabama | P.O. Box 300152 | | Montgomery | AL | 36130 | 334-242-7300 |
| Leslie Rutledge | Attorney General for Arkansas | 323 Center St. | Suite 200 | Little Rock | AR | 72201 | 501-682-2007 |
| Mark Brnovich | Attorney General for Arizona | 2005 N. Central Ave. | | Phoenix | AZ | 85004 | 602-542-5025 |
| Xavier Becerra | Office of the Attorney General of California | Attn: CAFA Coordinator Consumer Law Section | 455 Golden Gate Ave. Suite 11000 | San Francisco | CA | 94102 | 415-510-4400 |
| Cynthia Coffman | Attorney General for Colorado | Ralph L. Carr Judicial Bldg. | 1300 Broadway 10th Fl. | Denver | CO | 80203 | 720-508-6000 |
| George Jepsen | Attorney General for Connecticut | 55 Elm St. | | Hartford | CT | 06106 | 860-808-5318 |
| Matthew Denn | Attorney General for Delaware | Carvel State Bldg. | 820 N. French St. | Wilmington | DE | 19801 | 302-577-8400 |
| Pam Bondi | Attorney General for Florida | The Capitol PL-01 | | Tallahassee | FL | 32399 | 850-414-3300 |
| Christopher Carr | Attorney General for Georgia | 40 Capitol Square SW | | Atlanta | GA | 30334 | 404-656-3300 |
| Douglas Chin | Attorney General for Hawaii | 425 Queen St. | | Honolulu | HI | 96813 | 808-586-1500 |
| Lawrence G. Wasden | Attorney General for Idaho | 700 W. Jefferson St. | P.O. Box 83720 | Boise | ID | 83720 | 208-334-2400 |
| Lisa Madigan | Attorney General for Illinois | 500 South Second Street | | Springfield | IL | 62701 | 217-782-1090 |
| Curtis Hill | Attorney General for Indiana | Indiana Government Center South 302 W. Washington St | 5th Floor | Indianapolis | IN | 46204 | 317-232-6201 |

## CAFA NOTICE LIST
### Compiled August 31, 2018

| NAME | TITLE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| Tom Miller | Attorney General for Iowa | 1305 E Walnut St | Hoover State Office Building | Des Moines | IA | 50319 | 515-281-5164 |
| Derek Schmidt | Attorney General for Kansas | 120 SW 10th Ave., 2nd Fl. | | Topeka | KS | 66612 | 785-296-2215 |
| Andy Beshear | Attorney General for Kentucky | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 | 502-696-5300 |
| Jeff Landry | Attorney General for Louisiana | 1885 North 3rd St. | | Baton Rouge | LA | 70802 | 225-326-6079 |
| Maura Healey | Attorney General for Massachusetts | ATTN: CAFA Coordinator | 1 Ashburton Place | Boston | MA | 02108 | 617-727-2200 |
| Brian E. Frosh | Attorney General for Maryland | 200 St. Paul Place | | Baltimore | MD | 21202 | 410-576-6300 |
| Janet T. Mills | Attorney General for Maine | 6 State House Station | | Augusta | ME | 04333 | 207-626-8800 |
| Bill Schuette | Attorney General for Michigan | G. Mennen Williams Bldg. | 525 W. Ottawa St. P.O. Box 30212 | Lansing | MI | 48909 | 517-373-1110 |
| Lori Swanson | Attorney General for Minnesota | 445 Minnesota St. | Suite 1400 | St. Paul | MN | 55101 | 651-296-3353 |
| Josh Hawley | Attorney General for Missouri | Supreme Court Building | 207 W High St. P.O. Box 899 | Jefferson City | MO | 65102 | 573-751-3321 |
| Jim Hood | Attorney General for Mississippi | Walter Sillers Bldg. | 550 High St. Suite 1200 | Jackson | MS | 39201 | 601-359-3680 |
| Tim Fox | Attorney General for Montana | 215 North Sanders St. | | Helena | MT | 59601 | 406-444-2026 |
| Josh Stein | Attorney General for North Carolina | 9001 Mail Service Center | | Raleigh | NC | 27699 | 919-716-6400 |
| Wayne Stenehjem | Attorney General for North Dakota | State Capitol | 600 E. Blvd. Ave. Dept. 125 | Bismarck | ND | 58505 | 701-328-2210 |
| Doug Peterson | Attorney General for Nebraska | 2115 State Capitol | | Lincoln | NE | 68509 | 402-471-2683 |

# CAFA NOTICE LIST
**Compiled August 31, 2018**

| NAME | TITLE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| Gordon MacDonald | Attorney General for New Hampshire | 33 Capitol St. | | Concord | NH | 03301 | 603-271-3658 |
| Gurbir S. Grewal | Attorney General for New Jersey | RJ Hughes Justice Complex | 25 Market Street Box 080 | Trenton | NJ | 08625 | 609-292-4925 |
| Hector Balderas | Attorney General for New Mexico | 408 Galisteo St. | Villagra Bldg. | Santa Fe | NM | 87501 | 505-490-4060 |
| Adam Paul Laxalt | Attorney General for Nevada | 100 N. Carson St. | | Carson City | NV | 89701 | 775-684-1100 |
| Barbara Underwood | Attorney General for New York | The Capitol | | Albany | NY | 12224 | 800-771-7755 |
| Mike DeWine | Attorney General for Ohio | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | 614-466-4986 |
| Mike Hunter | Attorney General for Oklahoma | 313 NE 21st St. | | Oklahoma | OK | 73105 | 405-521-3921 |
| Ellen F. Rosenblum | Attorney General for Oregon | Oregon Department of Justice | 1162 Court St. NE | Salem | OR | 97301 | 503-378-4400 |
| Josh Shapiro | Attorney General for Pennsylvania | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | 717-787-5211 |
| Peter F. Kilmartin | Attorney General for Rhode Island | 150 S. Main St. | | Providence | RI | 02903 | 401-274-4400 |
| Alan Wilson | Attorney General for South Carolina | | P.O. Box 11549 | Columbia | SC | 29211 | 803-734-3970 |
| Marty J. Jackley | Attorney General for South Dakota | 1302 E. Hwy. 14 | Suite 1 | Pierre | SD | 57501 | 605-773-3215 |
| Herbert H. Slatery III | Attorney General for Tennessee | P.O. Box 20207 | | Nashville | TN | 37202 | 615-741-3491 |
| Ken Paxton | Attorney General for Texas | P.O. Box 12548 | | Austin | TX | 78711 | 512-463-2100 |
| Sean D. Reyes | Attorney General for Utah | Utah State Capitol Complex | 350 N. State St. Suite 230 | Salt Lake | UT | 84114 | 800-244-4636 |
| Mark R. Herring | Attorney General for Virginia | 202 North Ninth St. | | Richmond | VA | 23219 | 804-786-2071 |
| T.J. Donovan | Attorney General for Vermont | 109 State St. | | Montpelier | VT | 05609 | 802-828-3171 |

# CAFA NOTICE LIST
**Compiled August 31, 2018**

| NAME | TITLE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| Bob Ferguson | Attorney General for Washington | 1125 Washington St. SE | PO Box 40100 | Olympia | WA | 98504 | 360-753-6200 |
| Brad D. Schimel | Attorney General for Wisconsin | Wisconsin Dep't of Justice | P.O. Box 7857 | Madison | WI | 53703 | 608-266-1221 |
| Patrick Morrisey | Attorney General for West Virginia | State Capitol Complex | Bldg. 1 Room E-26 | Charleston | WV | 25305 | 304-558-5830 |
| Peter K. Michael | Attorney General for Wyoming | 2320 Capitol Ave. | Kendrick Building | Cheyenne | WY | 82002 | 307-777-7841 |
| Eleasalo V. Ale | Attorney General for American Samoa | Executive Office Building | 3rd Floor P.O. Box 7 | Utulei | AS | 96799 | 684-633-4163 |
| Elizabeth Barrett-Anderson | Attorney General for Guam | 590 S. Marine Corps Drive | Suite 901 | Tamuning | GU | 96913 | 671-475-3324 |
| Edward Manibusan | Attorney General for the Northern Mariana Islands | Administration Building | P.O. Box 10007 | Saipan | MP | 96950 | 670-664-2341 |
| Wanda Vàzquez Garced | Attorney General for Puerto Rico | P.O. Box 9020192 | | San Juan | PR | 00902 | 787-721-2900 |
| Claude Walker | Attorney General for Virgin Islands | 34-38 Kronprindsens Gade | GERS Bldg. 2nd Floor | St. Thomas | VI | 00802 | 340-774-5666 |
| Ernestine Remengesau | Attorney General for Palau | P.O. Box 1365 | | Koror | Palau | 96940 | 680-488-2481 |
| Joses Gallen | Secretary, Dept. of Justice for the Federated States of Micronesia | P.S. 105, Palikir | | Pohnpei State | FM | 96941 | 320-2644 |
| Filimon Manoni | Attorney General for the Republic of the Marshall Islands | P.O. Box 890 | | Majuro | MH | 96960 | 625-3244 |
| Karl A. Racine | Attorney General for the District of Columbia | 441 4th Street, NW | | Washington | DC | 20001 | 202-727-3400 |